# Exhibit 2

DSP-05 050784453     Page 1 of 1



# APPROVE

| License Number: | Date Issued: | Months Valid: |
|---|---|---|
| 050784453 | 01/22/2024 | 6 |

License is hereby granted to the applicant for the commodity described in the attached application to be permanently exported from the United States.  This license may be revoked , suspended, or amended by the Secretary of State without prior notice whenever the Secretary deems such action advisable.

The United States Government position on this case consists of this 1 page decision memo and the attached 5 page application.  Both must be present for the USG position to be valid.

The POC for this USG action is Thomas Trotto, 202-663-2996, trottot@state.gov.

## U.S. Department of State
## Application for Permanent Export of Unclassified Defense Articles, Related Technical Data, and Defense Services

OMB APPROVAL NO. 1405-0003
EXPIRATION DATE: 01/31/2025
*ESTIMATED BURDEN: 1 HOUR

*PAPERWORK REDUCTION ACT STATEMENT: Public reporting burden for this collection of information is estimated to average 1 hour per response, including time required for searching existing data sources, gathering the necessary data, providing the information required, and reviewing the final collection. Send comments on the accuracy of this estimate of the burden and recommendations for reducing it to: Department of State (A/GIS/DIR) Washington, D.C. 20520.

**1. Date Prepared**
01/02/2024

**2. DDTC Registration Code**
M39137

**3. Country of Ultimate Destination**
Ukraine

**4. Probable Port of Exit from U.S.**
Port 1: Charleston, SC
Port 2: Wilmington, VA

**5. Applicant**

| | |
|---|---|
| Applicant Is: | Manufacturer |
| Name: | Pacem Defense LLC |
| Attention: | Brian Crouch |
| Address: | 2941 FAIRVIEW PARK DR STE 350 |
| City: | Falls Church |
| State: | Virginia |
| ZIP Code: | 22042 |
| Country: | United States |
| Telephone | 850-838-8455 |

**6. U.S. Government Personnel (not PM/DDTC) Familiar with Commodity**

No value selected. (Optional block)

**7. Applicant Contact for Additional Information**

| | |
|---|---|
| Name: | Brian Crouch |
| Telephone: | 8508388455 |
| Extension: | |
| Name: | Joesph Schmitz |
| Telephone: | 7039923095 |
| Extension: | |

**8. Description of Transaction**

A. This application represents ONLY a completely new shipment

B. This Application has related license #

☐ was licensed to the country in Block 3 of the first page under license #

☐ was licensed to other countries under license #

☐ was returned without action under voided license #

☐ was denied to the country in Block 3 of the first page under voided license #

C. This Application is in reference to agreement #

D. If the commodity is being financed under

☒ Not Applicable

☐ Foreign Military Sale #
Case Numbers:

☐ Foreign Military Financing #
Case Numbers:

☐ Grant Aid Program #
Case Numbers:

E. This application is related to a disclosure filed with Defense Trade Controls Compliance
○ Yes  ◉ No

## 9 - 13. Commodity Information

| Item | 9. Quantity | 10. Commodity | 11. USML Category | 12. $ Value |
|---|---|---|---|---|
| 1 | **Quantity:** 200000 <br><br> **Unit Type:** Items | M430A1 40mm High Explosive, Dual Purpose (HEDP) Cartridge, preassembled into links for the MK19 Grenade Launcher <br><br> **Defense Article Type:** Hardware | III (a)(2) <br> Is a DSP-83 attached? <br> ◉ Yes  ○ No | $14,000,000 |
| 13. Total Value | | | | $14,000,000 |

## 14. Foreign End-User

Name: National Police of Ukraine
Address: Bolgomosta, Street 10, Kyiv 01601
City: Kyiv
Country: Ukraine

## 15. Manufacturer of Commodity

Name: PACEM Defense, LLC
Address: 4700 Providence Road
City: Perry
Country: United States
State: Florida
Zip Code: 32347

## 16. Foreign Consignee

Name: DSS PLC
Address: Klobounick 1735/26 140 00
City: Prague
Country: Czechia

### 17. Source of Commodity

| | |
|---|---|
| Name: | PACEM Defense, LLC |
| Address: | 4700 Providence Road |
| City: | Perry |
| Country: | United States |
| State: | Florida |
| Zip Code: | 32347 |

### 18. Foreign Intermediate Consignee

| | |
|---|---|
| Name: | DSS PLC |
| Address: | Klobounick 1735/26 140 00 |
| City: | Prague |
| Country: | Czechia |
| Role: | Receiver in Czechia as intermediate location for handling and trucking transfer to the end user. Licensed Importer to the EU. |

| | |
|---|---|
| Name: | Simtex International, Ltd. |
| Address: | 4 West Links, The Business Village, Tollgate |
| City: | Chandlers Ford |
| Country: | United Kingdom |
| Role: | U.K. based Shipper. They use Expedited World Cargo, Inc. for the AES filing, who is listed in Block 21 as freight forwarder.. |

### 19. U.S. Seller

| | |
|---|---|
| Name: | PACEM Defense, LLC |
| Address: | 4700 Providence Road |
| City: | Perry |
| State: | Florida |
| ZIP Code: | 32347 |

### 20. Specific Purpose

☐ Off-Shore procurement

☐ Request for Prior Approval (22 CFR 126.8)

☐ Brokering (22 CFR 129)

☒ Other

Defense capability improvement of the Ukraine National Police Forces. To facilitate the Administration of Ukraine's defense capabilities and mobilization readiness, to protect the population in an emergency situation, to ensure national security and defense, to repel and deter armed aggression.

### 21. U.S. Consignor/Freight Forwarder

| | |
|---|---|
| Name: | National Air Cargo |
| Address: | 5955 T.G. Lee Blve, Suite 500 |
| City: | Orlando |
| State: | Florida |
| Zip Code: | 32822 |

| | |
|---|---|
| Name: | Expedited World Cargo Inc |
| Address: | 22710 Executive Drive, Suite 200 |

| | |
|---|---|
| City: | Dulles |
| State: | Virginia |
| Zip Code: | 20166 |

**22. Applicant's Statement**

I, Brian Crouch, an empowered official (22 CFR 120.67) or an official of a foreign government entity in the U.S., hereby apply for a license to complete the transaction described above; warrant the truth of all statements made herein; and acknowledge, understand and will comply with the provisions of 22 CFR 120-130, and any conditions and limitations imposed.

I am authorized by the applicant to certify the following in compliance with 22 CFR 126.13:

1. Neither the applicant, its chief executive officer, president, vice presidents, other senior officers or officials (e.g., comptroller, treasurer, general counsel) nor any member of its board of directors is:

    a. the subject of an indictment for or has been convicted of violating any of the U.S. criminal statutes enumerated in 22 CFR 120.6 since the effective date of the Arms Export Control Act, Public Law 94-329, 90 Stat. 729 (June 30, 1976); or

    b. ineligible to contract with, or to receive a license or other approval to import defense articles or defense services from, or to receive an export license or other approval from any agency of the U.S. Government;

2. To the best of the applicant's knowledge, no party to the export as defined in 22 CFR 120.68(a) has been convicted of violating any of the U.S. criminal statutes enumerated in 22 CFR 120.6 since the effective date of the Arms Export Control Act, Public Law 94-329, 90 Stat. 729 (June 30, 1976); or is ineligible to contract with, or to receive a license or other approval to import defense articles or defense services from, or to receive an export license or other approval from any agency of the U.S. Government; and

**22 CFR 126.13 Certification**

- (●) a. I am authorized by the applicant to certify that the applicant and all the parties to the transaction can meet in full the conditions of 22 CFR 126.13 as listed above.

- ( ) b. I am authorized by the applicant to certify to 22 CFR 126.13. The applicant or one of the parties of the transaction cannot meet one or more of the conditions of 22 CFR 126.13 as listed above. A request for an exception to policy, as described in 22 CFR 127.11 of the ITAR, is attached.

- ( ) c. I am authorized by the applicant to certify to 22 CFR 126.13. The applicant or one of the parties of the transaction cannot meet one or more of the conditions of 22 CFR 126.13 as listed above. However that party has met the conditions imposed by the Directorate of Defense Trade Controls in order to resume standard submission of applications, not requiring an exception to policy as described in 22 CFR 127.11 of the ITAR.

- ( ) d. I am not authorized by the applicant to certify the conditions of 22 CFR 126.13. The applicant and all the parties to the transaction can meet in full the conditions of 22 CFR 126.13 as listed above. Please see the attached letter from an official that is authorized by the applicant to certify to the conditions of 22 CFR 126.13.

- ( ) e. I am not authorized by the applicant to certify the conditions of 22 CFR 126.13. The applicant or one of the parties of the transaction cannot meet one or more of the conditions of 22 CFR 126.13 as listed above. A request for an exception to policy, as described in 22 CFR 127.11 of the ITAR, and a letter from an official that is authorized by the applicant to certify to the conditions of 22 CFR 126.13 are attached.

- ( ) f. I am not authorized by the applicant to certify to 22 CFR 126.13. The applicant or one of the parties of the transaction cannot meet one or more of the conditions of 22 CFR 126.13 as listed above. However that party has met the conditions imposed by the Directorate of Defense Trade Controls in order to resume standard submission of applications, not requiring an exception to policy as described in 22 CFR 127.11 of the ITAR. Please see the attached letter from an official that is authorized by the applicant to certify to the conditions of 22 CFR 126.13.

**Compliance with 22 CFR 130**

- ( ) This transaction does not meet the requirements of 22 CFR 130.2.

- (●) This transaction meets the requirements of 22 CFR 130.2. The applicant or its vendors have not paid, nor offered, nor agreed to pay, in respect of any sale for which a license or approval is requested, political contributions, fees or commissions in amounts as specified in 22 CFR 130.9(a).

- ( ) The applicant or its vendors have paid, or offered, or agreed to pay, in respect of any sale for which a license or approval is requested, political contributions, fees or commissions in amounts as specified in 22 CFR 130.9(a). Information required under 22 CFR 130.10 is attached.

- ( ) I am not authorized by the applicant to certify the conditions of 22 CFR 130.9(a). Please see the attached letter for such certification.

**CONDITIONS OF ISSUANCE**

1. This license is issued under the conditions cited in 22 CFR 120-130, including the conditions and limitations as applicable, that:

   A. It shall not be construed as implying U.S. Government approval or commitment to authorize future exports of any defense article (hardware or technical data) on the U.S. Munitions List (USML), or a U.S. Government commitment with regard to any proposed manufacturing license, technical assistance or distribution agreement that may result from a license or other approval.

   B. If a license is issued for technical data only, it does not authorize the export of any hardware; if a license is issued for hardware only, it does not authorize the export of any technical data, unless specifically authorized by an exemption.

   C. The issuance of this license does not release the applicant, or anyone acting on their behalf, from complying with other requirements of U.S. law and regulations.

   D. This transaction may be subject to end-use monitoring by the United States Government.

2. The prior written approval of the Department of State, Directorate of Defense Trade Controls, must be obtained before USML defense articles exported from the U.S. using a license or other approval, to include an ITAR exemption, may be resold, transferred, diverted, transshipped, re-exported to, or used in any country, or by any end user or for any end use, other than that described on the license or other approval.

**DISPOSITION OF LICENSE**

The final disposition of this license shall be in accordance with 22 CFR 123.22(c).

**ENDORSEMENT**

Indicate below which COMMODITY is BEING EXPORTED and maintain a CONTINUING BALANCE of the remaining value:

| SHIPMENT DATE | QUANTITY | COMMODITY | SHIPMENT VALUE | XTN/ITN | INITIALS | PORT OF EXIT/ ENTRY |
|---|---|---|---|---|---|---|
| TOTAL AUTHORIZED VALUE: | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

REMAINING BALANCE:
NOTE: Continuation of additional shipments must be authenticated by use of continuation sheets in the U.S. Customs handbook.