# Exhibit 3

# U.S. Department of State

OMB APPROVAL NO. 1405-0092
EXPIRATION DATE: 01/31/2025
*ESTIMATED BURDEN: 30 MINUTES

## Application for Amendment to a DSP-5 License

*PAPERWORK REDUCTION ACT STATEMENT: Public reporting burden for this collection of information is estimated to average 30 minutes per response, including time required for searching existing data sources, gathering the necessary data, providing the information required, and reviewing the final collection. Send comments on the accuracy of this estimate of the burden and recommendations for reducing it to: Department of State (A/GIS/DIR) Washington, D.C. 20520.

**1. Date Prepared**
02/23/2024

**2. DDTC Registration Code**
M39137

**3. Applicant**

**Applicant Information**

| | |
|---|---|
| Name | Pacem Defense LLC |
| Attention | Brian Crouch |
| Street Address | 2941 FAIRVIEW PARK DR STE 350 |
| City | Falls Church |
| State/Province | Virginia |
| ZIP/Postal Code | 22042 |
| Country | United States |
| Telephone | 8508419969 |

**4. Amendment to License #**
I certify that the stated license has an unshipped balance and has not expired.
050784453

**5. Amendment in Accordance with**
(●) 22 CFR 123.25
( ) 22 CFR 122.4

**6. Compliance Case Number**
This amendment is not selected in block-8.

**7. Applicant Contact for Additional Information**

Applicant Contact # 1
| | |
|---|---|
| Name | Joseph E Schmitz |
| Telephone | 7039923095 |
| Extension | |

**8. Summary of Amendment(s) to DSP-5**

☐ DTCC Acknowledgment Letter (Modify Blocks 2, 5, 15, 17, 19, and/or 21)
☐ Modify Applicant/Registrant Code
☐ Modify Block 5, Applicant/Subsidiary
☐ Correct Block 9, Quantity
☐ Correct Block 10, Commodity Description
☐ Correct Block 12, $ Value
☐ Correct Block 13, License Total Value Only
☐ Correct Block 14, Foreign End-User
☐ Modify Block 15, Manufacturer of Commodity

☐ Modify Block 16, Foreign Consignee

☐ Modify Block 17, Source of Commodity

☐ Modify Block 18, Foreign Intermediate Consignee

☐ Modify Block 19, Seller in U.S.

☒ Modify Block 21, U.S. Consignor and/or U.S. Freight Forwarder

**20. Change in U.S. Consignor/Freight Forwarder (DSP-5 Block 21)**

Item # 1

A. Type of Modification: Add new U.S. consignor/freight forwarder

B. State specific reason for change:
This DSP-6 is being submitted out of an abundance of caution because when Pacem Defense submitted its DSP-5 application on January 2, 2024, it had been assured that Battle Born Munitions (BBM) was not involved. BBM was involved earlier under its own contract with the same foreign consignee, DSS. After the DSP-5 was approved, new information suggested BBM involvement, so we reported it to DDTC. See attached Supplement. Our best understanding now is that BBM will serve as an advisor to DSS.

D. New/Modified US Consignor/Freight Forwarder

New Name: Battle Born Munitions
New Street Address: 3255 Kinney Court
New City: Reno
New State: Nevada
New Zip Code: 89511

**21. Additional Details**

Through recent correspondence with the Foreign Consignee, DSS PLC, and after issuance of the related DSP-5, PACEM Defense became aware of the support of the Ministry of Defence of the Czech Republic, Intergovernmental Defence Cooperation Agency (AMOS). As this was not known by applicant PACEM Defense, the US Manufacturer and Source of Commodity, we would like to ensure full transparency with DDTC. See attached Supplement.

This application is related to a disclosure filed with Defense Trade Controls Compliance
○ Yes   ⦿ No

USML Category: III - Ammunition and Ordnance

**22. Applicant's Statement**

I, Joseph Schmitz, an empowered official (22 CFR 120.67) or an official of a foreign government entity in the U.S., hereby apply for approval of the above amendment(s); warrant the truth of all statements made herein; and acknowledge, understand and will comply with the provisions of 22 CFR 120-130, and any conditions and limitations imposed.

I am authorized by the applicant to certify the following in compliance with 22 CFR 126.13:

1. Neither the applicant, its chief executive officer, president, vice presidents, other senior officers or officials (e.g., comptroller, treasurer, general counsel) nor any member of its board of directors is:

    a. the subject of an indictment for or has been convicted of violating any of the U.S. criminal statutes enumerated in 22 CFR 120.6 since the effective date of the Arms Export Control Act, Public Law 94-329, 90 Stat. 729 , or

    b. ineligible to contract with, or to receive a license or other approval to import defense articles or defense services from, or to receive an export license or other approval from any agency of the U.S. Government;

2. To the best of the applicant's knowledge, no party to the export as defined in 22 CFR 120.68(a) has been convicted of violating any of the U.S. criminal statutes enumerated in 22 CFR 120.6 since the effective date of the Arms Export Control Act, Public Law 94-329, 90 Stat. 729 (June 30, 1976), or is ineligible to contract with, or to receive a license or other approval to import defense articles or defense services from, or to receive an export license or other approval from any agency of the U.S. Government.

**22 CFR 126.13 Certification**

- (●) a. I am authorized by the applicant to certify that the applicant and all the parties to the transaction can meet in full the conditions of 22 CFR 126.13 as listed above.

- (○) b. I am authorized by the applicant to certify to 22 CFR 126.13. The applicant or one of the parties of the transaction cannot meet one or more of the conditions of 22 CFR 126.13 as listed above. A request for an exception to policy, as described in 22 CFR 127.11 of the ITAR, is attached.

- (○) c. I am authorized by the applicant to certify to 22 CFR 126.13. The applicant or one of the parties of the transaction cannot meet one or more of the conditions of 22 CFR 126.13 as listed above. However that party has met the conditions imposed by the Directorate of Defense Trade Controls in order to resume standard submission of applications, not requiring an exception to policy as described in Section 127.11 of the ITAR.

- (○) d. I am not authorized by the applicant to certify the conditions of 22 CFR 126.13. The applicant and all the parties to the transaction can meet in full the conditions of 22 CFR 126.13 as listed above. Please see the attached letter from an official that is authorized by the applicant to certify to the conditions of 22 CFR 126.13.

- (○) e. I am not authorized by the applicant to certify the conditions of 22 CFR 126.13. The applicant or one of the parties of the transaction cannot meet one or more of the conditions of 22 CFR 126.13 as listed above. A request for an exception to policy, as described in 22 CFR 127.11 of the ITAR, and a letter from an official that is authorized by the applicant to certify to the conditions of 22 CFR 126.13 are attached.

- (○) f. I am not authorized by the applicant to certify to 22 CFR 126.13. The applicant or one of the parties of the transaction cannot meet one or more of the conditions of 22 CFR 126.13 as listed above. However that party has met the conditions imposed by the Directorate of Defense Trade Controls in order to resume standard submission of applications, not requiring an exception to policy as described in 22 CFR 127.11 of the ITAR. Please see the attached letter from an official that is authorized by the applicant to certify to the conditions of 22 CFR 126.13.

**CONDITIONS OF ISSUANCE**

1. When approved, all of the original conditions and limitations except as modified by the Directorate of Defense Trade Controls remain applicable.

2. This amendment, when approved, becomes a part of the license identified in Block 4 on Page 1 of this form. When returned to the applicant, it must be attached to the original license prior to further use of the license or must be provided to U.S. Customs and Border Protection for filing with the original license.

**DISPOSITION OF AMENDMENT**

The final disposition of this amendment shall be in accordance with 22 CFR 123.22(c) and be accomplished with the final disposition of the license identified in Block 4 on Page 1.