**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

DSS A.S.
Kloboucnicka 1735/35
14000, Pargue, Czech Republic

       Plaintiff,

v.

PACEM DEFENSE LLC,
d/b/a PACEM DEFENSE/ALS
2941 Fairview Park Drive, Ste. 350
Falls Church, VA 22042

       Defendant.

Civil No. 1:24-cv-1331-MSN-LRV

## <u>DEFENDANT PACEM DEFENSE LLC'S CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Local Civil Rule 7.1, Defendant PACEM Defense LLC hereby certifies that:

1.     PACEM Defense LLC is wholly owned by Pacem Defence Holdings Inc., which is not a publicly held entity; and

2.     No publicly held entity owns 10% or more of Pacem Defence Holdings Inc.

Dated: August 7, 2024

       Respectfully submitted,

       */s/ Philip J. O'Beirne*
       Philip J. O'Beirne (Virginia Bar No. 71956)
       **STEIN MITCHELL BEATO &
       MISSNER LLP**
       2000 K Street NW, Suite 600
       Washington, DC 20006
       (202) 737-7777
       POBeirne@steinmitchell.com

       *Counsel for PACEM Defense LLC*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 7, 2024, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to all CM/ECF participants, including counsel for Plaintiff.

*/s/ Philip J. O'Beirne*
Philip J. O'Beirne
