**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

DSS A.S.,

   Plaintiff,

v.

PACEM DEFENSE LLC, d/b/a PACEM
DEFENSE/ALS,

   Defendant.

Civil No. 1:24-cv-01331-MSN-LRV

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated February 17, 2026, Dkt No. 156, the parties, by counsel, submit this weekly Status Report "to inform the Court whether PACEM is complying with its obligations."

1. The Consent Judgment Order was entered by the Court on August 19, 2015, Dkt. No. 138. Neither Defendant/Judgment Debtors Pacem Defense LLC and Pacem Solutions International LLC, nor Pacem Estate Holdings LLC, Pacem Defence Holdings Inc., ALS, Inc., Pacem North Canada Inc., and the other entities (together, "Pacem"), *see* Tr. of Feb. 17, 2026 Hr'g at 10:23-11:2; 13:15-21, have paid all or any portion of the installments to DSS due on November 1, 2025 and February 2, 2026. On February 26, 2026, the Court ordered acceleration of the total amount of the Consent Judgment, requiring Pacem to remit the full $8 million due by March 27, 2026. Dkt. No. 163. The March 27 deadline has passed, but Pacem has not paid any portion of the judgment amount, and as of April 11, 2026, interest accrues at $1,000.00 a day. Pacem therefore remains in violation of the Consent Judgment Order.

1

2.     Pacem has not yet sold the 25,024 M4301A1 HEDP previously seized by U.S. Customs and Border Protection ("CBP"), and Pacem's counsel represents that it will provide further updates regarding Pacem's efforts to obtain and sell the 25,024 M4301A1 HEDP grenades as counsel receives them and that it will comply with the Consent Judgment Order.  Dkt. No. 138.

3.     Pacem claims that its efforts to sell the grenades seized by CBP and to pay DSS the sum of $1,250,000, as required by this Court's Judgment Order, have been "hampered" by Ninepoint Canadian Senior Debt Master Fund L.P's efforts to "block[] the sale" to a potential buyer.

Dated: August 5, 2026

*/s/ Attison L. Barnes, III*
Attison L. Barnes, III (Va. Bar No. 30458)
Stephen J. Obermeier (Va. Bar No. 89849)
**WILEY REIN LLP**
2050 M Street NW
Washington, DC 20036
202-719-7000 (p)
202-719-7049 (f)
abarnes@wiley.law
sobermeier@wiley.law

*Counsel for Plaintiff DSS a.s.*

*/s/ Philip J. O'Beirne*
Philip J. O'Beirne (Va. Bar No. 71956)
Samantha P. Christensen (*pro hac vice*)
**STEIN MITCHELL BEATO & MISSNER LLP**
2000 K Street NW, Suite 600
Washington, DC 20006
(202) 737-7777
POBeirne@steinmitchell.com
SChristensen@steinmitchell.com

*Counsel for Defendant Pacem Defence, LLC, d/b/a ALS, Inc.*

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on August 5, 2026, I caused the foregoing to be filed electronically with the Clerk of Court by using the CM/ECF system, thereby notifying all CM/ECF participants, including counsel for Defendant.

*/s/Attison L. Barnes, III*
Attison L. Barnes, III
